**Exhibit 2** – Justin Jones – Super Hero Photo

I dressed up as alternative superhero The Red Rock Guy for Halloween! My superpower is making compelling arguments for preservation and fending off my arch-nemesis, Jim the Sprawl Developer!

